An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA25-249

Filed 17 September 2025

Pasquotank County, No. 20 CRS 050213-690, 20 CRS 050215-690, 20 CRS 000649-690

STATE OF NORTH CAROLINA

v.

THOMAS SHANDELL STOKLEY, JR., Defendant.

Appeal by defendant from amended judgments entered 15 May 2024 by Judge R. Andrew Womble in Pasquotank County Superior Court. Heard in the Court of Appeals 14 August 2025.

>*Appellate Defender Glenn Gerding, by Assistant Appellate Defender Emily Holmes Davis for the defendant-appellant.*

>*Attorney General Jeff Jackson, by Special Deputy Attorney General Dorian Woolastan, for the State.*

PER CURIAM.

Defendant Thomas Shandell Stokley, Jr., appeals judgments entered against him consistent with jury verdicts convicting him of crimes including possession of a firearm by a felon and upon his guilty plea to habitual felon status.

*Opinion of the Court*

On appeal he challenges his conviction for possession of a firearm by a felon under Section 14-415.1 of our General Statutes, arguing that the statute is facially unconstitutional under both our federal and state constitutions. However, a panel of our Court has recently held that Section 14-415.1 is facially constitutional under both our state and federal constitutions. *See State v. Nanes*, __ N.C. App. __, 912 S.E.2d 202, 209 (2025). We are bound by that holding. *See In re Civil Penalty*, 324 N.C. 373, 384 (1989). Accordingly, we conclude that Defendant received a fair trial, free of reversible error.

NO ERROR.

Panel consisting of Chief Judge DILLON and Judges ARROWOOD and GRIFFIN.

Report per Rule 30(e).